EXECUTIVE PLAZA, LLC, Appellant, v PEERLESS INSURANCE COMPANY, Respondent.

Decided June 25, 2013

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

In the Matter of GENA S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 1.)

In the Matter of MISTY S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 2.)

In the Matter of SHAUNDRA D., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 3.)

Submitted April 29, 2013; decided June 25, 2013

Motion, insofar as it seeks leave to appeal from the Appellate Division order reversing the Family Court order of disposition as to Gena S. and remitting to Family Court for further proceedings, dismissed upon the ground that such order does not finally determine that proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

In the Matter of JOHN KAPON et al., Appellants, v WILLIAM I. KOCH, Respondent.

Submitted June 10, 2013; decided June 25, 2013

Motion for leave to appeal granted. Motion for a stay granted. Judge SMITH taking no part.